


**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007-2601

Bruce Rosenbaum
Labor and Employment Law Division
Telephone: (212) 788-0857
Fax No.: (212) 788-0877
E-mail: brosenba@law.nyc.gov

July 30, 2007

**MEMO ENDORSED**

BY HAND
Hon. Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007

Re: Douglas v. City of New York Department of Sanitation
    07 Civ. 2811 (DLC)(JCF)

Dear Judge Cote:

I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant in the above referenced action. I am writing to request that Your Honor adjourn the Initial Conference in the above case now scheduled for August 3, 2007. There have been no previous requests for an adjournment of this conference.

This case has been assigned to my team within the Labor and Employment Division of the Law Department as a result of the recent departure of Assistant Corporation Counsel Rippi Gill, who had previously been assigned to this case. I plan on reassigning this case to Assistant Corporation Counsel Jason Friedman, who is awaiting admission to this Court. He is scheduled to be admitted on Friday, August 3, 2007. Accordingly, I respectfully request that the Initial Conference in this case be adjourned from August 3, 2007 to a future date convenient to the Court. I am advised by Mr. Friedman that plaintiff's counsel, Paul N. Cisternino, has consented to adjourn the Initial Conference for approximately two weeks in order for Mr. Friedman to be admitted to the Southern District of New York.

*Conference is adjourning to August 24 at 10:00 am.*
*Denise Cote*
*July 31, 2007*

Respectfully submitted,

Bruce Rosenbaum
Bruce Rosenbaum (BR8713)
Assistant Corporation Counsel

cc: Paul N. Cisternino, Esq. (by fax) (914-923-8913)
    Attorney for Plaintiff