UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

LATASHA DOUGLAS,

                              Plaintiff,

               -against-

CITY OF NEW YORK DEPARTMENT OF
SANITATION,

                              Defendant.

------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

07 CV 2811 (DLC)(JCF)

**PLEASE TAKE NOTICE** that I am the Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to represent defendant City of New York in the above-referenced action. Accordingly, I respectfully request that any future correspondence, filings, ECF notifications or other information relating to this matter be addressed to me at the address below.

Dated:      New York, New York
              August 21, 2007

                                      **MICHAEL A. CARDOZO**
                                      Corporation Counsel of the
                                        City of New York
                                      Attorney for the Defendant
                                      100 Church Street, Room 2-316
                                      New York, New York 10007-2601
                                      (212) 788-1328

                           By:     _____
                                 Jason Friedman (JF4755)
                                 Assistant Corporation Counsel

TO:    Paul Cisternino, Esq.
        701 Westchester Ave., Suite 308W
        White Plains, NY 10604
        (914) 997-0303

## CERTIFICATE OF SERVICE

I hereby certify that, on August 21, 2007, I caused a true and correct copy of the foregoing Notice of Appearance to be served upon Paul Cisternino, attorney for plaintiff, by placing same in a postage-paid envelope addressed to Paul Cisternino, Esq., 701 Westchester Ave., Suite 308W, White Plains, NY 10604, that being the address that plaintiff's counsel designated for receipt of such material, and causing the envelope to be placed in an official depository under the exclusive care and control of the United States Postal Service.

Dated:    New York, New York
          August 21, 2007

                                                            _____
                                                            Jason Friedman (JF4755)
                                                            Assistant Corporation Counsel

Docket No. 07-CV-2811 (DLC)(JCF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LATASHA DOUGLAS,

                                                    Plaintiff,

-against-

CITY OF NEW YORK DEPARTMENT OF
SANITATION,

                                                    Defendant.

**NOTICE OF APPEARANCE**

***MICHAEL A. CARDOZO***
*Corporation Counsel of the City of New York*
*Attorney for Defendant*
*100 Church Street, Room 2-316*
*New York, New York 10007-2601*

*Of Counsel: Jason Friedman*
*Tel.: 212-788-1328*
*Matter No: 2007-015225*

*Due and timely service is hereby admitted.*

New York, N.Y. ........................., 200. . .

........................................................ *Esq.*

*Attorney for*........  ........................................