```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
LATASHA DOUGLAS,                        :    07 CIV. 2811 (DLC)
                    Plaintiff,          :
                                        :         PRETRIAL
          -v-                           :    SCHEDULING ORDER
                                        :
CITY OF NEW YORK DEPARTMENT OF          :
SANITATION,                             :
                                        :
                    Defendant.          :
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/07

DENISE COTE, District Judge:

As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on August 24, 2007, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. The parties shall comply with their Rule 26(a)(1), Fed.R.Civ.P., initial disclosure obligations by **September 14, 2007**.

2. Plaintiff shall provide her medical release forms to the defendant by **September 14, 2007**.

3. The parties are instructed to contact the chambers of Magistrate Judge Francis prior to **December 7, 2007** in order to pursue settlement discussions under his supervision.

4. All discovery must be completed by **February 29, 2008**.

5. The following motion will be served by the dates indicated below.

   Any motion for summary judgment

   - Motion served by **March 21, 2008**
   - Opposition served by **April 11, 2008**
   - Reply served by **April 25, 2008**

   At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

1

6.  In the event no motion is filed, the Joint Pretrial Order must be filed by **March 21, 2008**.

    As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

Dated:   New York, New York
         August 27, 2007

                            _____
                                    DENISE COTE
                            United States District Judge