```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
LATASHA DOUGLAS,
                         Plaintiff,

            07 Civ. 2811 (DLC)
      -v-

            ORDER OF
CITY OF NEW YORK DEPARTMENT OF      DISCONTINUANCE
SANITATION,
                        Defendant.

----------------------------------------X

DENISE COTE, District Judge:

    It having been reported to this Court that this case has been settled, it is hereby

    ORDERED that the above-captioned action be, and hereby is, discontinued without costs to either party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

    SO ORDERED:

Dated:   New York, New York
          December 17, 2007

                                     _____
                                        DENISE COTE
                              United States District Judge